**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**JOSHUA ISAAC MARTINEZ,**

    **Plaintiff,**

**v.**                                                                            **Case No.  4:25-cv-498-MCR-MJF**

**WARDEN KEEN, et al.,**

    **Defendants.**

_____/

**<u>ORDER</u>**

The Magistrate Judge issued a Report and Recommendation dated December 8, 2025, ECF No. 4. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any timely filed objections thereto, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference into this Order.

2.      Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**.

3.      This civil action is **DISMISSED** without prejudice under 28 U.S.C. § 1915(g).

4.      The Clerk is directed to enter judgment accordingly and close this case file.

**DONE and ORDERED** this 18th day of May 2026.

*M. Casey Rodgers*
——————————————
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**